# PROGRESS NOTES

Complainant: Rene Hunter & Courtney Irving Homicide File #: 00-104 & 00-147

Squad / OIC: 8/ Moore & Thomas

Age / Race / Sex:

Address / Telephone #:

| Date | Time | Information |
|------|------|-------------|
| | | Rene Hunter was Murdered on the 24th of March at Pembroke and Greenfield. Mr. Hunter was at the location of 19797 Rutherford with Courtney Irving AKA Wease (Murdered 4/24/00), Oscar Green, Maurice Sutherland AKA Bangy, and Maurice's girlfriend was in the house also. Rene came over to the house to get a scale to weigh a half a pound of weed that he was purchasing from Bangy. Rene bought the weed for an unk. amount and was asked to step out of the house by the next door neighbors. That would be Searle Mosley AKA Ready, Antrimone Mosley AKA Terry, Jamal Mosley, and Eric Woods AKA "E". |
| | | Ready and his family live next door to Courtney on Rutherford. They sell weed by the pounds. They have trucks that pull into their driveway. Inside of those trucks is unpacked weed and large amounts of money. One of the trucks came up missing and this was blamed on Rene Hunter. Oscar Green tells us that he comes out of Courtney's house and sees Rene in a White 2000 Caddy with an unk black male in the drivers seat and Rene in the passenger's seat arguing with him. Terry is standing at the driver's door and Bangy and Courtney AKA Wease are standing on the sidewalk in front of Courtney's house. Oscar hears Rene say "Bangy talk to your man". The unk black male in the Caddi say "shut up before I shoot your ass". This is when the Caddi pulls off and travels northbound on Rutherford then turns east bound on Pembroke. Terry, Ready and Jamal get into a grey caprice 4 door and follow the Caddi. |
| | | Rene is found Murdered at Pembroke and Greenfield. Witness at the scene see him talking to a Grey Caprice with 2 Black males inside. The Passenger of this vehicle pulls out a handgun and fires several shots at Rene fatally wounding him. The vehicle then travels north bound on greenfield from there unk. |
| | | P.O Ashford of the 8th Prct gaining info about this case talks to several people in the neighborhood and finds out that Wease wants to talk to the police. He gives his pager number to some people for him to contact him. On the evening of 4/23/00 wease is on the street of Mansfield drinking and gambleing with the guys on that street. He is driving a Cream colored Malabu 2000 (rental car). He gets drunk and high and starts to talk about how it was fucked up that they set Rene up like that, and he is going to contact this officer that had been trying to contact him and tell everthing that happened. |
| | | Wease then leaves that area and a phone call was made to some one about Wease's statements. Weases girlfriend had rented the car and no one had seen Wease in the car, because he had just got the car from her after he dropped her off at the hair show downtown. So who ever set him up had to be on Mansfield when he was there. Courtney is then found on Fenmore and Pembroke shot to death. Talking to several witnesses a White Caddi and a grey colored vehicle were seen firing shots into the windshield of vehicle at Fenmore and 7Mile. Courney was then pulled out of his vehicle and put into the Caddi and conveyed to Pembroke and Fenmore. Witnesses at this location see two vehicles parked in the middle of the street. A tall black male with 2 other black males standing in the street armed with some type rifle fired two shots into the head area of Courtney. A witness then came to the asstance of the complainant. Then the two vehicles returned and told them to |

| | | | |
|---|---|---|---|
| | | | the witnesses to get away from him and do not call the police. Then the passenger of one of the vehicle got out of the car and fired one more into the body area of Courtney and drove off. |
| | | | These to Homicide files are joined at the hip, because the two complainants were together when Rene got killed and Courney was going to tell who and why they killed Rene. Bangy has gotten a lwayer and wants to talk to us now (Attorney Blank 313-275-1551). He is going to come in on Monday at 11:00am, 5/15/00. Maurice Sutherland AKA Bangy has the info we need to close these cases. Mr. Sutherland is the key. He is the set up person on Rene Hunter's case. |