## INDEX OF EXHIBITS

| No. | Description |
| --- | --- |
| 1 | Progress Note |
| 2 | Bruce Deposition |
| 3 | Plaintiffs Request to Admit and Interrogatories to Defendant, County of Wayne |
| 4 | Email of 7-23-10 |
| 5 | Email of 9-20-10 |
| 6 | Defendant, County of Wayne's Responses to Plaintiff's Request to Admit |